**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No: 23–30129 – MER |
| Jalen Marie Burns | |
| Debtor(s) | Chapter 7 Case |

## ORDER ON PARTIAL CASE FILING

The petition commencing this case was filed on January 26, 2023 . However, the following documents have not been filed and /or outdated forms were used:

☐ **You have filed out–dated forms. Please file the revised forms checked below as an amended petition and amended schedules or statements.**

☐ Certificate of credit counseling
**NOTE: Failure to file a certificate of credit counseling may result in your case being dismissed within 14 days after the petition is filed, <u>without further notice or a hearing!</u>** Please consult the Court's website for information on how to obtain the required credit counseling.

☐ Voluntary petition for individuals filing for bankruptcy (Form 101 as revised 12/22)

☐ Statement of Social Security Number (Form 121 as revised 12/15)

☐ Summary of your assets and liabilities and certain statistical information (Form 106Sum as revised 12/15)

☐ Schedules A/B – J (Forms 106A/B, 106D, 106E/F, 106G, 106H, 106I and 106J as revised 12/15, Form 106C as revised 4/22)

☐ Schedule J–2 (Form 106J–2)

☐ Declaration about an individual debtor's schedules (Form 106Dec as revised 12/15)

☐ Statement of financial affairs for individuals filing for bankruptcy (Form 107 as revised 4/22)

☐ Statement of intention for individuals filing under chapter 7 (Form 108 as revised 12/15)

☑ Disclosure of compensation of attorney for debtor (Local Form 1007–1 as revised 06/16)

☐ Ch 7 statement of your current monthly income (Form 122A–1 as revised 12/19), Ch 7 means test calculation (required only if debtor's income above the median)(Form 122A–2 as revised 4/22)

☐ Initial Statement about an eviction judgment against you (Form 101A)

☐ Statement about payment of an eviction judgment against you (Form 101B)

☐ Rent deposit

☐ Signature declaration (as revised 12/15)

☐ Notice of responsibilities of chapter 7 debtors and their attorneys (Local Form 1007–3–1(7)) (as revised 12/15)

☐ Payment advices cover sheet (as revised 12/15)

☐ Debtor's income records
Income Records Needed For 60–Day Period Immediately Preceding Filing

☐ Bankruptcy petition preparer's notice, declaration, and signature (Form 119)

☐ Disclosure of compensation of bankruptcy petition preparer (Form 2800)

☐ Supplemental Matrix

Details: **DOCUMENT NOT DATED OR SIGNED**

IT IS THEREFORE ORDERED:

1. Unless the court extends the time as provided in paragraph 2 of this order, the debtor(s) shall file the documents specified above, pursuant to Bankruptcy Rules 1007(c), 2016(b) or 3015, not later than **February 10, 2023**.

2. **If these documents are not filed on or before February 10, 2023 or a later date, as the court may order upon a motion filed by a debtor or other party and served on the trustee and the United States Trustee, by order extending the time for such filing, an order dismissing this case may be entered, without a hearing, without further notice, and without notice to creditors, except as provided in paragraph 3 of this order.**

3. If this case is dismissed pursuant to paragraph 2 of this order, notice of such dismissal stating the reason for dismissal shall forthwith be served by the clerk on the debtor(s), the attorney for the debtor(s), the trustee, the United States Trustee, and all creditors listed on the matrix filed with the petition.

4. **THE ATTORNEY FOR DEBTOR OR THE DEBTOR, IF UNREPRESENTED, SHALL SERVE THE NOTICE OF MEETING OF CREDITORS ON ALL CREDITORS NOT LISTED ON THE ORIGINAL MATRIX, SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT DEMONSTRATING THAT SUCH SERVICE HAS BEEN EFFECTED AND SHALL ADD THOSE CREDITORS TO THE COURT'S MATRIX.**

5. The clerk shall provide notice of this order to the debtors(s), the attorney for the debtor(s), the trustee and the United States Trustee.

Dated: 1/27/23                                         Michael E Ridgway
                                                                   United States Bankruptcy Judge

**mnbop7i** 12/22